# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                            Case No. 5:20-cr-113-1

Stephen Smith

TAKE NOTICE that the above-entitled case has been scheduled at 2:30 PM on Wednesday, September 14, 2022, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on Violations of Conditions of Release.

Location: Main Courtroom                                      JEFFREY S. EATON, Clerk

                                                                            By: *Pamela J. Lane*
                                                                             Deputy Clerk
                                                                             9/1/2022

TO:

Joseph R. Perella, AUSA

Natasha Sen, Esq.

Sunnie Donath, Court Reporter