UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In the Matter of:                    )
                                     )
Temporary Reassignment of            )
Honorable Geoffrey W. Crawford       )
Criminal Cases                       )

## TEMPORARY CASE REASSIGNMENT ORDER

Pursuant to the authority vested in me under 28 U.S.C. 137, effective immediately, it is hereby ORDERED that all criminal cases pending before the Honorable Geoffrey W. Crawford shall be temporarily reassigned to the Honorable Christina Reiss until further notice.

Dated at Burlington, in the District of Vermont, this 9th day of December, 2022.

_____
Geoffrey W. Crawford, Chief Judge
District of Vermont