NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                                  Case No. 5:20-cr-113-1

Stephen Smith

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m. on Wednesday, May 17, 2023 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Sentencing.

Location: Main Courtroom, 2nd Floor                 JEFFREY S. EATON, Clerk
                                                                               By: /s/ Emerson Howe
                                                                               Deputy Clerk
                                                                               4/13/2023

TO:

Joseph R. Perella, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter